COPY

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District Eastern District Of N.Y. | |
|---|---|---|
| Name  LORENZO McGRIFF | Prisoner No. 93-A-5465 | Case No. 7901/92 |

Place of Confinement  WYOMING CORRECTIONAL FACILITY, P.O. BOX 501
Attica, New York 14011-0501

Name of Petitioner (include name under which convicted)  LORENZO McGRIFF, Petitioner,

v.

Name of Respondent (authorized person having custody of petitioner)  M.E. Giambruno, Superintendent

The Attorney General of the State of: Eliot Spitzer

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Kings County Supreme Court 360 Adams Street, Brooklyn, N.Y. 11201

2. Date of judgment of conviction  June 28, 1993

3. Length of sentence  8 1/3 to 25 yrs.

4. Nature of offense involved (all counts)  2 counts Murder 2nd degree(P.L. § 125.25[1], [2], 2 counts attempted Murder 2nd degree(P.L. §§ 110.00/ 125.25[1], one count criminal possession of a weapon 2nd degree(P.L. § 265.03), one count criminal possession of weapon 3rd degree (P.L. § 265.02[4], one count reckless endangerment first degree (P.L. § 125.20[1]).

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐    N/A
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐    N/A

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

RECEIVED NOV 29 2002 PRO SE OFFICE

(2)

9. If you did appeal, answer the following:
   App
   (a) Name of court __Appellate Division Second Department__
   (b) Result __Affirmed__
   (c) Date of result and citation, if known __June 5, 1995, 216 AD 2d 330 (2nd Dept. 1995)__
   (d) Grounds raised __Trial Court's Abuse of Discretion and excessive sentence, Petitioner Prose ineffective assistance of counsel.__
   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:
       (1) Name of court __New York Court of Appeals.__
       (2) Result __Denied Leave to Appeal__
       (3) Date of result and citation, if known __August 16, 1995, 86 NY 2d 798 (Ciparick, J.)__
       (4) Grounds raised __same as direct Appeal.__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:
       (1) Name of court __N/A__
       (2) Result __N/A__
       (3) Date of result and citation, if known __N/A__
       (4) Grounds raised __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐  No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court __Appellate Division: Secon Department.__
        (2) Nature of proceeding __Error Coram nobis__
        (3) Grounds raised __Appellate Counsel's failure to raise ineffectiveness of trial counsel.__

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐  No ☒

(5) Result _____N/A_____

(6) Date of result _____N/A_____

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____Kings county supreme court_____

   (2) Nature of proceeding _____CPL § 440.10(1)(h)_____

   (3) Grounds raised _____Reargument of ineffective assistance claim, alleging that counsels assistance were ineffective during the taking of the plea proceeding and at the plea withdrawal hearing._____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐  No ☒

   (5) Result _____N/A_____

   (6) Date of result _____N/A_____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc.    Yes ☒  No ☐
   (2) Second petition, etc.   Yes ☒  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____N/A_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you *should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Prosecution"s withholding of Challengable material evidence.__

U.S. Const., Amend. XIV; VI

Supporting FACTS (state *briefly* without citing cases or law) __The Prosecution withheld the Ballistics Unit Microscopic Analysis Report, which failed to comform with the Pre-requisite that such evaluative reports bear certification and, or authentication of the person deligated with such duties, inviolation of petitioner's Due Process and Confrontational Rights under the 14th, 6th Amend. of the U.S. Const., S See, Attached Affirmation in support of facts, and CPL § 440.10, Notice of Motion for Leave to Appeal. Exhibit(s) (A),(B),(C).__

B. Ground two: __Petitioner Received Ineffective Assistance , U.S. Const., Amend. VI.__

Supporting FACTS (state *briefly* without citing cases or law): __Petitioner's right to effective assistance of counsel were " inadvertently violated when the prosecution failed to disclose the Micoscopic Analysis Report, which deprived the defense of the opportunity to challenge the legality of the admissibility of such material evidence. See, CPL§§ 440.10 Exhibit's (B).__

(5)

C. Ground three: __Trial Court's Abuse of Discretion, U.S. Const., Amend. XIV.__

Supporting FACTS (state *briefly* without citing cases or law): __The Lower courts Denial of petitioner's motion to vacate judgment were errorus, Arbitrary and Caprious and Abuse of discretion, in that allowing in to evidence and relying on improper material evidence that were in every sense prejudicial to petitioner it violated thedstipulation of his request for the issuance of a Judicial subpoena. See, Affirmation in support of facts and subpoena duces tecum Exhibit(s) (A) and (D).__

D. Ground four _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __(C); Trial Court's Abuse of Discretion; this ground was not presented in the courts below because the Leave to Appeal to the Appellant Division were Denied without an opinion.__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing ____N/A____
____N/A____
(b) At arraignment and plea ____N/A____

(c) At trial _____ N/A _____

(d) At sentencing _____ N/A _____

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    _____ N/A _____

    (b) Give date and length of the above sentence: _____ N/A _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11/7/2002
(date)

_____
Signature of Petitioner

(7)